No. 73–1024. CALIFORNIA NEWSPAPERS, INC., DBA SAN RAFAEL INDEPENDENT JOURNAL v. SAN FRANCISCO TYPOGRAPHICAL UNION No. 21, INTERNATIONAL TYPOGRAPHICAL UNION, AFL–CIO; and

No. 73–1199. NATIONAL LABOR RELATIONS BOARD v. SAN FRANCISCO TYPOGRAPHICAL UNION No. 21, INTERNATIONAL TYPOGRAPHICAL UNION, AFL–CIO, ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 486 F. 2d 1347.

No. 73–1397. CALIFORNIA v. WELTON. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 73–5860. ARIAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6179. CAMERON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 73–6617. TOPOROFF v. JUSTICES OF THE SUPREME COURT OF NEW YORK, FIRST JUDICIAL DISTRICT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–5547. HUGUEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari.

No. 73–6319. MEEKS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.